**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**May 28, 2021**

**Christopher M. Wolpert**
**Clerk of Court**

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

VELVET D. REESE,

    Plaintiff - Appellant,

v.

COMMISSIONER, SSA,

    Defendant - Appellee.

No. 20-2087
(D.C. No. 1:19-CV-00139-KBM)
(D. N.M.)

_____

### ORDER AND JUDGMENT[*]
_____

Before **MATHESON**, **BRISCOE**, and **CARSON**, Circuit Judges.
_____

This matter is before the court on the parties' *Joint Motion for Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g)*. Upon consideration, the joint motion is granted. The district court's judgment is vacated, and this matter is remanded to the district court with instructions to remand to the agency for further administrative proceedings. In addition, the parties are released from their obligation to file the supplemental briefs described in our prior order of May 18, 2021.

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

The mandate shall issue forthwith.

Entered for the Court
Per Curiam